IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

DELL'S MARASHIANO CHERRIES, CO., INC.,
DELL'S CHERRIES, LLC, AND DELL'S HOLDING
COMPANY, INC.

                              Plaintiffs         Case No. 1:17-cv-06451-CBA-ST

-against-

HANOVER INSURANCE COMPANY, INC.,
HISCOX INSURANCE COMPANY            **STIPULATION OF DISMISSAL**

                              Defendant.

-----------------------------------------------------------------X

IT IS HEREBY STIPULATED by the plaintiffs Dell's Marashiano Cherries, Co., Inc., Dell's Cherries, LLC and Dell's Holding Company, Inc., and the defendant Hiscox Insurance Company Inc., through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41, all claims asserted in the above-entitled action as against defendant Hiscox Insurance Company Inc. only are dismissed with prejudice and without costs or fees to any party as against the other.

Dated:   New York, New York
           March 20, 2018

JOHN MURPHY & ASSOCIATES PC     CLYDE & CO US LLP

By: _____               By: _____
John Murphy                               Timothy D. Kevane
1450 Broadway, 39th Fl.              405 Lexington Ave, 16th Floor
New York, NY 10018                New York, NY 10174
(646) 862-2012                            (212) 710-3900
Attorneys for Plaintiffs                Attorneys for Defendant