IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELL'S MARASHIANO CHERRIES, CO., INC., DELL'S CHERRIES, LLC, and DELL'S HOLDING COMPANY, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> HANOVER INSURANCE GROUP, and HISCOX INSURANCE COMPANY <br><br> Defendants. | Case No.: 1:17-cv-06451-CBA-ST |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as Defendants have not served an answer or moved for summary judgment in the above-captioned action, Plaintiffs Dell's Marashiano Cherries, Co., Inc., Dell's Cherries, LLC, and Dell's Holding Company, Inc. and their counsel hereby give notice that this action is voluntarily dismissed with prejudice against all Defendants, including Hiscox Insurance Company, Hanover Insurance Group, and real party defendant in interest Hanover Insurance Company.

DATED:   March 22, 2018

Respectfully submitted,

**JOHN MURPHY & ASSOCIATES PC**

_/s/ John Murphy_

John Murphy, Esq.
1450 Broadway, 39th Floor
New York, NY 10018
(646) 862-2012

*Attorneys for Plaintiffs Dell's Marashiano Cherries, Co., Inc., Dell's Cherries, LLC, and Dell's Holding Company, Inc.*